**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X Case No. 15-cv-01121-WFK-VVP
JULIO JORDAN,

                                          Plaintiff,                      NOTICE OF

         -against-                                   VOLUNTARY DISMISSAL


DYNAMIC RECOVERY SOLUTIONS, LLC.,

                                        Defendant.
-------------------------------------------------------------------X

The Plaintiff, by and through his attorneys, hereby consents to the dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure with prejudice and without costs or fees to either party. The class claims are dismissed without prejudice.

Dated: New York, New York
       May 8, 2015.


                                         Dated: Brooklyn, New York
                                         *Nov. 6*_____2015.


                                         SO ORDERED:

                                            s/WFK


                                   HON. WILLIAM F. KUNTZ, II, U.S.D.J.


*/s/ Novlette R. Kidd*_____
NOVLETTE R. KIDD, ESQ. (NK 9339)
FAGENSON & PUGLISI
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.: (212) 268-2128
Fax: (212) 268-2127
Nkidd@fagensonpuglisi.com